Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT

for the

___3rd___ District of ___UTAH___

___Civil___ Division

Case: 4:21–cv–00111
Assigned To : Nuffer, David
Assign. Date : 11/17/2021
Description: Poulson v. Cook et al

Plaintiff(s): *Representing* Kermit Ty Poulson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Brad Cook, President Snow College employees

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

RECEIVED CLERK
NOV 17 2021
U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kermit Ty Poulson
   Address: 110 N. 460 E
   City: Ephraim   State: UT   Zip Code: 84627
   County: Sanpete
   Telephone Number: (435) 283-4715
   E-Mail Address: Kermitpoulson17@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Brad Cook
   Job or Title (if known): President, Snow College
   Address: 150 S. College Ave
   City: Ephraim   State: UT   Zip Code: 84627
   County: Sanpete
   Telephone Number: (435) 283-7200
   E-Mail Address (if known): Brad.cook@snow.edu
   [X] Individual capacity   [X] Official capacity

   Defendant No. 2
   Name: Derek Walk
   Job or Title (if known): Snow College public safety
   Address: 150 S. College Ave
   City: Ephraim   State: UT   Zip Code: 84627
   County: Sanpete
   Telephone Number: (435) 283-7170, (435) 340-1311
   E-Mail Address (if known): Derek.walk@snow.edu
   [X] Individual capacity   [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non--Prisoner)

Defendant No. 3
Name: STACi Taylor
Job or Title (if known): Title IX Coordinator
Address: 150 S. College Ave
City: Ephraim  State: UT  Zip Code: 84627
County: Sanpete
Telephone Number: (435) 283-7120
E-Mail Address (if known): STACi.Taylor@snow.edu
☒ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Barbara Dalene
Job or Title (if known): Advisement Staff
Address: 150 S. College Ave
City: Ephraim  State: UT  Zip Code: 84627
County: Sanpete
Telephone Number: (435) 283-7309
E-Mail Address (if known): Barbara.Dalene@snow.edu
☒ Individual capacity  ☒ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

The ADA bars employment and educational discrimination against "qualified individuals with disabilities"; Title II of the ADA applies specifically to educational institutions.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

→ requiring them to make educational opportunities, extracurricular activities, and facilities →

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

retaliation for the use of Freedom of speech, and HATE crime, motive, Snow College employees do not want to let me finish my Snow College Degree by erecting Discriminational, Libel, Slander, Defamation

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All have used my Bipolar Disorder, AND paralysis AND expression of Being Anti-Racist, AND Also Anti-Fascist to prevent me from entering Snow College, AND I'm Being followed, AND Questioned By Police Derek Walk,

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Snow College Noyes Bldg, Floor 3, office of Staci Taylor, I went to file Title IX, Because of lies from Liam Herbert, Harassment By Barbara Palene, and others telling me I "can't go to college,"

B. What date and approximate time did the events giving rise to your claim(s) occur?

Oct 30, 2021, November 3, 2021 Afternoon, Afternoon,

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was Harassed By Barbara Paleno, who told me that "retarded cripples" Don't get into college, she said, "I'll see that you Don't get into Snow" Then I was Harassed By Derek Walk, And officer Christianson, After Auditions, AND THEN, I filed A Title IX, AND Staci Taylor Lied to officer Derek walk claiming that I "make Bombs," I Don't make Bombs, Then I was Harassed By Derek Walk →

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. MENTAL ANGUISH, Depression, mental pain and suffering, emotional distress of intentional infliction of emotional distress by Derek Walk, By Conduct outrageous against the APA, and title II, conduct by Snow College staff Barbara Dalene was intended to cause severe emotional distress, By now I'm in counseling, and I have a counselor, and I am suicidal a lot, and Repressed constantly,

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

These people have disrupted my routine of playing music, and added a high degree of psychological pain that is more than anger, embarrassment, vexation, anxiety, or worry, I am requesting $250K in pain and suffering, in compensatory damages for libel, slander, defamation, and mental and psychological damages.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/15/2021

Signature of Plaintiff: *[signed] K. Ty Poulson*

Printed Name of Plaintiff: K. TY POULSON

### B. For Attorneys

Date of signing:

Signature of Attorney:

Printed Name of Attorney:

Bar Number:

Name of Law Firm:

Address:

City / State / Zip Code:

Telephone Number:

E-mail Address: