THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| KERMIT TY POULSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BRAD COOK, DEREK WALK, STACI TAYLOR, and BARBARA DALENE,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:21-cv-00111-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

IT IS HEREBY ORDERED AND ADJUDGED THAT,

The complaint[1] and this action are DISMISSED without prejudice for lack of prosecution.

Signed June 22, 2022.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[1] Docket no. 2, filed November 17, 2021.